The People of the State of New York, Respondent,
v. John Rizzo, Appellant.

*Crimes — grand larceny in second degree — judgment of conviction
affirmed.*

People v. *Rizzo,* 208 App. Div. 726, affirmed.

(Submitted October 10, 1924; decided October 24, 1924.)

Appeal from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered January 25, 1924, which affirmed a judgment
of the Court of General Sessions of the Peace in the
county of New York, rendered upon a verdict convicting
the defendant of the crime of grand larceny in the second
degree.

*Charles W. Gould* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga
and Michael A. Ford* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, Mc-
Laughlin, Crane, Andrews and Lehman, JJ.

---

The People of the State of New York, Respondent,
v. John Russo, Appellant.

*Crimes — carrying concealed weapon after conviction of crime — judg-
ment of conviction affirmed.*

People v. *Russo,* 209 App. Div. 814, affirmed.

(Submitted October 10, 1924; decided October 24, 1924.)

Appeal from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered May 16, 1924, which affirmed a judgment of the
Court of General Sessions of the Peace in the county
of New York, rendered upon a verdict convicting the
defendant of carrying a firearm concealed upon his person
after conviction of a crime.

*Rollin B. Sanford* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll*
of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN and LEH-MAN, JJ. Dissenting: HISCOCK, Ch. J., CRANE and ANDREWS, JJ.